# United States Court of Appeals for the Federal Circuit

October 3, 2005

<u>ERRATA</u>

Appeal No. 04-1386

<u>DAL-TILE CORPORATION V. UNITED STATES</u>

Decided:  September 30, 2005                    Precedential Opinion

Please make the following change:

        Page 8 line 11 change pincite page to --471--
        Page 8 line 20 delete the quotation marks around "that is the end of the matter"